# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-1484-AGF |
| ) | |
| MARTIN RAINEY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that the unopposed motion to lift the stay imposed by this Court on January 3, 2017, is **GRANTED**. (Doc. No. 99).

**IT IS FURTHER ORDERED** that on or before March 1, 2017, the parties shall submit a new joint proposed scheduling plan for the continued litigation of this case.

Dated this 22nd day of February 2017.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE